IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH R. STARK, | ) | 4:10CV3150 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| AUDIO MARKETING SOLUTIONS, INC., d/b/a Americom Communications, and COREY ODVODY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation (filing 18) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 21st day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge